```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                         ROME DIVISION
```

| | |
|---|---|
| **RITA WATKINS,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| **v.** ) | CIVIL ACTION FILE |
| ) | NO.: 4:10-CV-155-HLM |
| **SOUTHERN GROUP, LLC, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |
| _____ ) | |

### DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses with prejudice all claims asserted against Defendant The Haisten Group, Inc.  Plaintiff and Defendant The Haisten Group, Inc. shall bear its own costs.

This the 15th day of November, 2010.

| | |
|---|---|
| Peachtree 25th Building<br>1720 Peachtree Street, NW<br>Suite 118<br>Atlanta, Georgia  30309<br>Phone:  404-231-1444<br>Fax:  404-231-1666<br>Richard@rwaynelaw.com | RICHARD C. WAYNE & ASSOCIATES, P.C.<br><br> */s/  Richard C. Wayne, Sr.*<br>_____<br>Richard C. Wayne, Sr.<br>Georgia Bar No. 742725<br>*Attorney for Plaintiff* |

### CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 5.1 (C), I certify this pleading was prepared per L.R. 5.1(B) in Courier New, 12 point typeface.

Respectfully submitted, this the 15th day of November, 2010.

| | |
|---|---|
| | RICHARD C. WAYNE & ASSOCIATES, P.C. |
| Peachtree 25th Building<br>1720 Peachtree Street, NW<br>Suite 118<br>Atlanta, Georgia  30309<br>Phone:  404-231-1444<br>Fax:  404-231-1666<br>Richard@rwaynelaw.com | /s/  Richard C. Wayne, Sr.<br>_____<br>Richard C. Wayne, Sr.<br>Georgia Bar No. 742725<br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on November 15th, 2010, I electronically filed the foregoing **DISMISSAL WITH PREJUDICE OF DEFENDANT THE HAISTEN GROUP, INC.** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Christine L. Mast, Esq.
Teresa Lazzaroni, Esq.
4000 SunTrust Plaza
303 Peachtree Street
Atlanta, GA  30308-3243
cmast@hptylaw.com
tlazzaroni@hptylaw.com
*Attorneys for Defendant The Haisten Group, Inc.*

T. Morgan Ward, Jr., Esq.
Stites & Harbison – Louisville
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
mward@stites.com
           AND
Catherine M. Banich, Esq.
Stites & Harbison
303 Peachtree Street, NE
2800 SunTrust Tower Plaza
Atlanta, Georgia 30308-3345
cbanich@stites.com
*Attorneys for Farm Credit Services of Mid-America, FLCA*

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECM participant Defendants:

Joel McCormick
2359 Plum Nelly Road
Rising Fawn, Georgia 30738
*Pro Se*

Southern Group, LLC
1030 Main Street
Kimball, Tennessee 37347

Southern Real Estate of
Tennessee, LLC
1030 Main Street
Kimball, Tennessee 37347

Travis Shields
1024 Water Front Place
Kimball, Tennessee 37347

Joshua Dobson
1009 Water Front Place
Kimball, Tennessee 37347

Thomas Dobson
1020 Water Front Place
Kimball, Tennessee 37347

Paul Edward Gott, III
189 East Valley Road
Kimball, Tennessee 37347

This 15th day of November, 2010.

| | |
|---|---|
| | RICHARD C. WAYNE & ASSOCIATES, P.C.<br><br>  /s/  Richard C. Wayne, Sr.<br>_____ |
| Peachtree 25th Building<br>1720 Peachtree Street, NW<br>Suite 118<br>Atlanta, Georgia 30309<br>Phone:  404-231-1444<br>Fax:  404-231-1666<br>richard@rwaynelaw.com | Richard C. Wayne, Sr.<br>Georgia Bar No. 742725<br>*Attorney for Plaintiff* |