IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RITA WATKINS,

           Plaintiff,

v.

SOUTHERN GROUP, LLC, et al,

           Defendants.

Civil Action File
No. 4:10-CV-00155-HLM

## ORDER
## JOINT MOTION TO DISMISS FARM CREDIT
## SERVICES WITH PREJUDICE

      The Court having considered the Joint Motion for Dismissal of Farm Credit Services of Mid-America, FLCA ("Farm Credit Services") With Prejudice, and the parties having consented and agreed thereto,

      It is HEREBY ORDERED that all claims asserted by plaintiff in her complaint against defendant Farm Credit Services are dismissed, with prejudice, and Farm Credit Services is hereby dismissed as a party to this action.

      This is a final and appealable order as to the dismissal of claims against defendant Farm Credit Services.  This Order shall not affect the remaining claims of plaintiff asserted against the remaining defendants to this action, which remain on the docket for further adjudication.

FA039:0FA20:232871:1:ATLANTA

SO ORDERED this ___ day of _____, 2010.

_____
Hon. Harold L. Murphy
United States District Court Judge
Northern District of Georgia