```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ROME DIVISION
```

| | |
|---|---|
| **RITA WATKINS,**                        ) | |
|                                          ) | |
|     **Plaintiff,**   ) | |
|                                          ) | Civil Action File No. |
|     v.               ) | No. <u>**4:10-CV-155-HLM**</u> |
|                                          ) | |
| **SOUTHERN GROUP, LLC, SOUTHERN** ) | |
| **REAL ESTATE OF TENNESSEE, LLC,**) | |
| **TRAVIS SHIELDS, IN HIS**        ) | |
| **INDIVIDUAL CAPACITY AND D/B/A** ) | |
| **SOUTHERN REAL ESTATE AND**      ) | |
| **SOUTHERN REAL ESTATE, LLC,**    ) | |
| **JOSHUA DOBSON, IN HIS**         ) | |
| **INDIVIDUAL CAPACITY AND D/B/A** ) | |
| **SOUTHERN REAL ESTATE AND**      ) | |
| **SOUTHERN REAL ESTATE, LLC,**    ) | |
| **THOMAS DOBSON, IN HIS**         ) | |
| **INDIVIDUAL CAPACITY AND D/B/A** ) | |
| **SOUTHERN REAL ESTATE AND**      ) | |
| **SOUTHERN REAL ESTATE, LLC,**    ) | |
| **JOEL MCCORMICK, PAUL EDWARD**   ) | |
| **GOTT, III, THE HAISTEN GROUP,** ) | |
| **INC., and FARM CREDIT SERVICES**) | |
| **OF MID-AMERICA, FLCA,**         ) | |
|                                          ) | |
|     **Defendants.**  ) | |
|                                          ) | |

## DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses without prejudice all claims asserted against Defendants Southern Group, LLC, Southern Real Estate of Tennessee, Travis Shields, Joshua Dobson, Thomas Dobson and Paul Edward Gott, III.

This 2nd day of December, 2010.

[Signature on following page.]

| | |
|---|---|
| Peachtree 25th Building<br>1720 Peachtree Street NW<br>Suite 118<br>Atlanta, Georgia  30309<br>Phone:  404-231-1444<br>Fax:  404-231-1666<br>richard@rwaynelaw.com | RICHARD C. WAYNE & ASSOCIATES, P.C.<br><br> /s/  Richard C. Wayne, Sr.<br>_____<br>Richard C. Wayne, Sr.<br>Georgia Bar No. 742725<br>*Attorney for Plaintiff* |

**CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 5.1 (C), I certify this pleading was prepared per L.R. 5.1(B) in Courier New, 12 point typeface.

Respectfully submitted, this the 2nd day of December, 2010.

| | |
|---|---|
| Peachtree 25th Building<br>1720 Peachtree Street NW<br>Suite 118<br>Atlanta, Georgia  30309<br>Phone:  404-231-1444<br>Fax:  404-231-1666<br>richard@rwaynelaw.com | RICHARD C. WAYNE & ASSOCIATES, P.C.<br><br> /s/  Richard C. Wayne, Sr.<br>_____<br>Richard C. Wayne, Sr.<br>Georgia Bar No. 742725<br>*Attorney for Plaintiff* |

**CERTIFICATE OF SERVICE**

I certify that on December 2, 2010, I electronically filed the foregoing **DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SOUTHERN GROUP, LLC, SOUTHERN REAL ESTATE OF TENNESSEE, TRAVIS SHIELDS, JOSHUA DOBSON, THOMAS DOBSON AND PAUL EDWARD GOTT, III** with the Clerk of Court using the CM/ECF system, which will automatically

send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Christine L. Mast<br>Teresa Lazzaroni<br>4000 SunTrust Plaza<br>303 Peachtree Street<br>Atlanta, GA 30308<br>cmast@hptylaw.com<br>tlazzaroni@hptylaw.com<br>*Attorneys for Defendant The Haisten Group, Inc.* | T. Morgan Ward, Jr.<br>Stites & Harbison - Louisville<br>400 West Market Street<br>Suite 1800<br>Louisville, Kentucky 40202<br>mward@stites.com<br>AND<br>Catherine M. Banich<br>Stites & Harbison<br>303 Peachtree Street<br>2800 SunTrust Tower Plaza<br>Atlanta, Georgia 30308<br>cbanich@stites.com<br>*Attorneys for Farm Credit Services of Mid-America, FLCA* |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant Defendants:

| | |
|---|---|
| Joel McCormick<br>2359 Plum Nelly Road<br>Rising Fawn, Georgia 30738<br>*Pro Se* | Joshua Dobson<br>1009 Water Front Place<br>Kimball, Tennessee 37347 |
| Southern Group, LLC<br>1030 Main Street<br>Kimball, Tennessee 37347 | Thomas Dobson<br>1020 Water Front Place<br>Kimball, Tennessee 37347 |
| Southern Real Estate of Tennessee, LLC<br>1030 Main Street<br>Kimball, Tennessee 37347 | Paul Edward Gott, III<br>189 East Valley Road<br>Kimball, Tennessee 37347 |
| Travis Shields<br>1024 Water Front Place<br>Kimball, Tennessee 37347 | |

This 2nd day of December, 2010.

|  | RICHARD C. WAYNE & ASSOCIATES, P.C. |
|---|---|
| Peachtree 25th Building<br>1720 Peachtree Street NW<br>Suite 118<br>Atlanta, Georgia 30309<br>Phone:  404-231-1444<br>Fax:  404-231-1666<br>richard@rwaynelaw.com | /s/  Richard C. Wayne, Sr.<br>_____<br>Richard C. Wayne, Sr.<br>Georgia Bar No. 742725<br>*Attorney for Plaintiff* |